United States District Court
Southern District of Texas
**ENTERED**
April 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **VICTORIANO CRUZ ALVARADO,** § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 6:22-CV-00018 |
| **JUDGE GARZA,** § § § | |
| **Defendant.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 27, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Jason Libby. (Dkt. No. 6). Magistrate Judge Libby made findings and conclusions and recommended that Plaintiff's complaint be dismissed for want of prosecution. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Libby's M&R, (Dkt. No. 6) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITHOUT PREJUDICE**.

It is SO ORDERED.

Signed on April 12, 2023.

                                                                                       _____
                                                                                           **DREW B. TIPTON**
                                                                        **UNITED STATES DISTRICT JUDGE**